IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **REALTIME DATA LLC d/b/a IXP**,<br><br>  Plaintiff,<br><br>v.<br><br>**HUAWEI TECHNOLOGIES CO., LTD.**, **FUTUREWEI TECHNOLOGIES, INC.**, **and HUAWEI DEVICE USA, INC.**,<br><br>  Defendants. | No. 6:18-cv-182 RWS-JDL<br><br>Patent Case<br><br>Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendants Futurewei Technologies, Inc. and Huawei Device USA, Inc. ("U.S. Defendants"), through the undersigned counsel, respectfully move the Court to extend the time for them to answer, move, or otherwise respond to Plaintiff's Complaint till July 30, 2018. U.S. Defendants seek the extension to align their answer deadline with the answer deadline for related co-defendant Huawei Technologies Co., Ltd. *See* Dkt. 11 (waiver of service resulting in July 30, 2018 answer deadline). Thus, the requested extension will not cause delay in this action but, rather, greater efficiency for the Court and all parties. U.S. Defendants' counsel conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested extension.

Dated:  May 21, 2018					Respectfully submitted,

							By: */s/ Steven M. Geiszler*
								Steven M. Geiszler
								Texas Bar No. 24032227
								FUTUREWEI TECHNOLOGIES, INC.
								5340 Legacy Drive, Suite 175
								Plano, Texas  75024
								(214) 728-4735
								steven.geiszler@huawei.com

							*Counsel for Defendants*
							*Huawei Technologies Co., Ltd.,*
							*Futurewei Technologies, Inc., and*
							*Huawei Device USA, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 21, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

							*/s/ Steven M. Geiszler*
							Steven M. Geiszler